IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  DEBORAH A. MADERA,          )  | |
|                         ) | Civil Action |
|            Debtor       ) | No. 07-CV-1396 |
|                         ) | |
|     and                 ) | Bankruptcy No. 06-13000 |
|                         ) | |
| DEBORAH A. MADERA and   ) | Adversary No. 06-417 |
| MICHAEL MADERA,         ) | |
|                         ) | |
|            Plaintiffs   ) | |
|                         ) | |
|     vs.                 ) | |
|                         ) | |
| AMERIQUEST MORTGAGE COMPANY,  ) | |
|                         ) | |
|            Defendant    ) | |

O R D E R

NOW, this 7th day of February, 2008, upon consideration of the Motion of Appellants to Stay Sheriff's Sale of Their Home, which motion was filed January 28, 2008; upon consideration of Ameriquest Mortgage Company and AMC Mortgage Services, Inc.'s Response in Opposition to Appellants' Motion to Stay Sheriff's Sale, which response was filed January 29, 2008; after oral argument held February 1, 2008; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion of Appellants to Stay Sheriff's Sale of Their Home is denied.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge