<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| In re:  DEBORAH A. MADERA, | ) |
| | ) Civil Action |
| Debtor | ) No. 07-CV-1396 |
| | ) |
| and | ) Bankruptcy No. 06-13000 |
| | ) |
| DEBORAH A. MADERA and | ) Adversary No. 06-417 |
| MICHAEL MADERA, | ) |
| | ) |
| Plaintiffs - Appellants | ) |
| | ) |
| vs. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| | ) |
| Defendant - Appellee | ) |

<u>O R D E R</u>

NOW, this 26th day of March, 2008, upon consideration of the Notice of Appeal filed March 9, 2007 by plaintiffs-appellants Deborah A. Madera and Michael Madera from the February 27, 2007 Order of Chief United States Bankruptcy Judge Diane Weiss Sigmund of the United States Bankruptcy Court for the Eastern District of Pennsylvania which denied reconsideration of the bankruptcy court's February 8, 2007 Order and accompanying Memorandum Opinion granting summary judgment against defendant-appellee Ameriquest Mortgage Company in an adversary proceeding; upon consideration of the Brief of Appellants filed May 14, 2007, the Brief of Appellees filed June 15, 2007, the Reply Brief of Appellants filed July 2, 2007; after oral argument held

February 1, 2008; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the February 8, 2007 Order and the February 27, 2007 Orders of Chief Judge Sigmund are each affirmed.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter closed for statistical purposes.

> BY THE COURT:
>
> /s/ James Knoll Gardner
> James Knoll Gardner
> United States District Judge